UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON DAYE SLAWSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-0625-G |
| CHUCK KEATON, ET AL., ) | |
| ) | |
| Respondents. ) | |

## ORDER

After reviewing the objections to the findings, conclusions, and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are accepted as the Findings of the court, except for the following:  (1) on page 2, line 13, the word "federal" should be capitalized; and (2) on page 3, line 12, the word "Questionw" should be replaced with "Questions."

With the exceptions noted, the Findings of the Magistrate Judge are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

June 6, 2005.

_____
A. JOE FISH
CHIEF JUDGE